**Order entered August 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00796-CV

### IN RE KAREN BURKS

**Original Proceeding from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-01918-2019**

## ORDER
Before Justices Bridges, Reichek, and Carlyle

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **DIRECT** the county court to issue, within twenty-one (21) days of the date of this opinion, a written order vacating the court's order remanding this matter to justice court and reinstating in county court relator's appeal of the justice court's judgment. We further **ORDER** the county court to file with this Court, within thirty (30) days of the date of this order, a certified copy of its order(s) issued in compliance with this order and with the Court's opinion of this date. Should the county court fail to comply with this order, the writ will issue. We **ORDER** real party in interest Orion Prosper Lakes LLC to bear the costs, if any, of this original proceeding.

/s/     DAVID L. BRIDGES
         JUSTICE